UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION



SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**

DEC 14 2016

ARTHUR JOHNSTON
BY_____ DEPUTY

UNITED STATES OF AMERICA

v.

JOSHUA BRANDON VALLUM

CRIMINAL NO. 1:16cr114 LG-RHW

18 U.S.C. § 249

**The United States Charges:**

### COUNT 1

On or about May 30, 2015, in George County, in the Southern Division of the Southern District of Mississippi, the defendant, **JOSHUA BRANDON VALLUM**, willfully caused bodily injury to M.W. by tasing M.W., stabbing her multiple times in the head and body, and striking her with a hammer, because of M.W.'s actual and perceived gender identity.    The offense conduct described herein occurred during the course of, and as a result of, the travel of JOSHUA BRANDON VALLUM and M.W. across a state line using a channel, facility, and instrumentality of interstate and foreign commerce. The death of M.W. resulted from the commission of this offense.

All in violation of Section 249(a)(2), Title 18, United States Code.

GREGORY K. DAVIS
United States Attorney

By:

Jay Golden
Assistant United States Attorney

VANITA GUPTA
Principal Deputy Assistant Attorney General
United States Department of Justice
Civil Rights Division

By:

Julia Gegenheimer
Trial Attorney

Sheldon Beer
Special Litigation Counsel