AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
DEC 20 2016
ARTHUR JOHNSTON
BY _____ DEPUTY

| United States of America | ) | |
|---|---|---|
| Plaintiff | ) | |
| v. | ) | Case No. 1:16cr114LG-RHW |
| Joshua Brandon Vallum | ) | |
| Defendant | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

United States of America

Date: 12/20/2016

*Attorney's signature*

Sheldon Beer, MA Bar #661165
*Printed name and bar number*

U.S. Department of Justice - Civil Rights Division
950 Pennsylvania Avenue, N.W. - PHB 5134
Washington, DC 20530
*Address*

Sheldon.Beer@usdoj.gov
*E-mail address*

(202) 305-1317
*Telephone number*

(202) 514-8336
*FAX number*

CERTIFICATE OF SERVICE

I, Sheldon Beer, hereby certify that I have this date filed the Entry of Appearance with the Clerk of the Court, and further certify that I have mailed this date a copy of the Appearance of Counsel, postage prepaid, to all counsel of record.
This the 20th day of December, 2016.

Sheldon Beer, Trial Attorney
U.S. Department of Justice
Civil Rights Division